IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KOURTNEY RHOADS,** | : | |
|     **Plaintiff** | : | No. 1:21-cv-01214 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| **ALTHOM INC. d/b/a MAACO AUTO PAINTING, et al.,** | : | |
| | : | |
|     **Defendants** | : | |

### ORDER

**AND NOW**, on this 20th day of March 2023, upon consideration of the motion to dismiss filed by Defendants Althom Inc. d/b/a MAACO Auto Painting, Alan Bailey, Donna Bailey, and Shawn Moul (collectively, "Defendants") (Doc. No. 15), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss (Doc. No. 15) is **GRANTED IN PART** to the extent that Counts VI and VII (IIED), Count VIII (negligent supervision), Count IX (assault/battery), and Counts XI through XIV (PHRA) are **DISMISSED WITH PREJUDICE**;

2. Defendant's motion to dismiss is **DENIED** in all other respects;

3. The remaining counts of Plaintiff's complaint are her federal claims (Counts I-V) and her state law claim for negligent infliction of emotional distress (Count X); and

4. A case management conference will be scheduled by separate Order.

                                                                                                                s/ Yvette Kane
                                                                                                                Yvette Kane, District Judge
                                                                                                                United States District Court
                                                                                                                 Middle District of Pennsylvania